UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:15-PO-333

vs.

EDWARD NOVAK,                         Magistrate Judge Michael J. Newman

    Defendant.

_____

# ORDER
_____

        This petty offense case is before the Court following receipt of the report issued by Dr. Massimo DeMarchis, Psy.D., concluding that Defendant did not know the wrongfulness of his actions at the time of the offense alleged in this case. Because of the sensitive personal and medical information detailed in Dr. DeMarchis's report, and in light of Defendant's personal privacy interests, the undersigned finds compelling reasons sufficient to justify the filing of such report under 18 U.S.C. § 4247(c) under seal. Accordingly, the undersigned **ORDERS** that such report be placed under seal pending further order of the Court.

        This case is set for trial before the Court commencing **February 8, 2017 at 11:00 a.m.** The Court will hold a final pretrial conference on **February 1, 2017 at 11:00 a.m.** in Courtroom #4. Pretrial motions, if any, shall be filed on or before **January 18, 2017**, with memoranda opposing such motions filed on or before **January 31, 2017**.

        **IT IS SO ORDERED.**

Date:   November 29, 2016                      s/ Michael J. Newman
                                                             Michael J. Newman
                                                             United States Magistrate Judge